CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Jorge Halperin, Esq.
1901 1st Av. Ste 214D
San Diego, CA 92101
619-232-1212
SBN 243081

Order Entered on May 12, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

JOSE J. HERNANDEZ

Debtor.

BANKRUPTCY NO. 11-15921-MM7

Date of Hearing: 5/8/2014
Time of Hearing: 10:00 AM
Name of Judge: Margaret M Mann

## ORDER ON

## REQUEST FOR RELEASE OF SUPERSEDEAS BOND

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __126__

//
//
//
//
//
//

DATED: May 12, 2014

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Law Offices of Jorge Halperin
(Firm name)

By: Jorge Halperin
   Attorney for ☑ Movant ☐ Respondent

CSD 1001A

**CSD 1001A** [11/15/04]**(Page 2)**
ORDER ON REQUEST FOR RELEASE OF SUPERSEDEAS BOND
DEBTOR: JOSE J. HERNANDEZ
CASE NO: 11-15921-MM7

---

Upon the application of Debtor filed on 4/16/2014, Docket No. 126, requesting release of the supersedes bond posted by respondent on 9/13/2013, Docket No. 123, respondent's response and acquiescence to the bond release, tentative ruling issued by the Court on 5/7/2014, and the hearing held,

IT IS HEREBY ORDERED

That the Supersedes Bond in the amount of $ 3,572.06 referenced above be released to debtor's attorney Jorge Halperin.

IT IS SO ORDERED

**CSD 1001A**

Signed by Judge Margaret M. Mann May 12, 2014