**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

# ATTORNEY CHANGE OF INFORMATION FORM

To the Clerk of the United States Bankruptcy Court,

The undersigned attorney represents to the Court the following change of information:

[ ]　new mailing address　　　　　　　　[ ]　new street address

[ ]　change in firm association[1]　　　　[ ]　new telephone number

　　　　　　　　　　　　　　　　　　　　[ ]　new e-mail address

### Updated Information

Name of Attorney　　　　:_____

State Bar ID No.　　　　:_____

Firm Name:　　　　　　　_____

Street Address　　　　　:_____

Mailing Address　　　　:_____

City　　　　　　　　　　:_____

State　　　　　　　　　　:_____ ZIP CODE:_____

Phone No.　　　　　　　:_____

E-Mail Address　　　　　:_____

Dated:

　　　　　　　　　　　　　　/s/ Tappan Zee
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　(Signature of Attorney)

---

[1]Substitution of Attorney required - see District Court Local Rule 83.3.g.

CSD 1546